Miller, Meyerson & Corbo
Gerald D. Miller, Esq. (Id 904792506)
35 Journal Square, Ste. 1105
Jersey City, New Jersey 07044
Tel. (201)333-9000
Fax. (201)333-0918
Attorneys for Defendant
Vinod Majithia

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| KIRAN VUPPALA,<br>    Plaintiff,<br><br>        v.<br><br>SRI BIRYANI HOUSE LLC, a New<br>Jersey limited liability company,<br>d/b/a SRI BIRYANI HOUSE, and<br>VINOD MAJITHIA, an individual,<br>and USHA MAJITHIA, an<br>Individual. | Case No. 2:15-cv-06408 (SDW)(LDW)<br><br>**ORDER AND STIPULATION OF**<br>**DISMISSAL WITH PREJUDICE** |

It is hereby Ordered, pursuant to stipulation by and between the undersigned that the above captioned matter be, and the same hereby is, dismissed with prejudice and without costs or attorneys' fees to any party.

MILLER, MEYERSON & CORBO
Attorneys for Defendant
Vinod Majithia

By: _____
        GERALD D. MILLER
DATED: _____

SO ORDERED this ____ day of _____, 2016

_____
HON. SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE

The Weitz Law Firm, P.A.
Attorneys for Plaintiff
KIRAN VUPPALA

By: _____
        ROBERT J. MIREL
DATED:  4/15/2016

7